UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR PALMER GLASSPOOLE,

    Defendant.

Case: 1:21−cr−20359
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 6/1/2021
Description: INFO USA V. GLASSPOOLE (NA)

___

# I N F O R M A T I O N

___

THE UNITED STATES ATTORNEY CHARGES:

(18 U.S.C. §§ 113(a)(4))
(Assault While Striking/Beating/Wounding)

On or about May 30, 2021, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Victor, a non-Indian, did assault R.A., his intimate partner, by striking and beating and wounding her, in violation of 18 U.S.C. § 113(a)(4).

Dated: June 1, 2021

 s/Roy R. Kranz
ROY R. KRANZ  (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan  48708-5747 (989) 895-5712
roy.kranz@usdoj.gov

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

**AFFIDAVIT IN SUPPORT OF INFORMATION AND
ARREST WARRANT
FOR VICTOR PALMER GLASSPOOLE**

I, Quinn Yurack, being duly sworn, depose and state:

1. I am an officer with the Bureau of Indian Affairs and have been a law enforcement officer for approximately 10 years. During my career I have been involved in numerous investigations concerning assaults. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Victor Palmer Glasspoole committed the offenses of Assault by Striking/Beating/Wounding on or about May 30, 2021, in violation of 18 U.S.C. §§ 13, 1151, 1152, and 113(a)(4) and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. On or about May 30, 2021, Victor Glasspoole assaulted his intimate partner, R.A., at 4970 West Remus Road in Mount Pleasant, Michigan on the Isabella Reservation in Indian country. During that assault, according to R.A., Glasspoole, her intimate partner headbutted her on purpose.

4. The headbutting incident left marks visible to the police the next day.

5. Glasspoole also threatened to hurt R.A. while he was holding scissors and a knife. Glasspoole caused damage to the table in the residence with the knife and fled the scene when R.A. said she was going to call the police.

1

6. The Saginaw Chippewa Tribal Police made contact with Glasspoole on May 31, 2021 when he was a passenger in someone else's car and was ducking down trying to hide from the police.

7. The police located a knife on Glasspoole's person during the traffic stop.

8. Affiant is aware that R.A. is an Indian and Glasspoole is a non-Indian.

9. Glasspoole has a prior conviction for domestic violence from 2012 along with several felony convictions.

10. Based on the above-described information, there is probable cause to believe that on or about May 30, 2021, Victor Glasspoole committed an assault by striking/beating/wounding, in violation of 18 U.S.C. § 113(a)(4).

Quinn Yurack, BIA

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ANTHONY P. PATTI
United States Magistrate Judge
June 1, 2021

2

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>1:21-cr-20359 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes      x **No** | AUSA's Initials:  RRK |

**Case Title:** USA v. Victor Palmer Glasspoole

**County where offense occurred:** Isabella

**Check One:**   __ **Felony**     X **Misdemeanor**     **Petty**

```
_____Indictment/__X_Information ---  no prior complaint.
_____Indictment/____Information ---  based upon prior complaint
_____Indictment/____Information ---  based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   June 1, 2021

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.